UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HACIENDA COLIMA INVESTMENT INC., a California corporation; ERIC CHU, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-02403-DSF-PD<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Shayler ("Plaintiff") and Hacienda Colima Investment Inc and Eric Chu, ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: July 20, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE